**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TIMOTHY TILLETT,<br>Defendant. | Case No.: 26CR1838-H<br>**ORDER ON JOINT MOTION TO CONTINUE** |

The Joint Motion to Continue Sentencing as to TIMOTHY TILLETT is GRANTED. The December 14, 2026, sentencing is continued to February 1, 2026, at 9:00 a.m.

Time is excluded in the interest of justice because this Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and the absence of a continuance could result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

DATED: 11/9/26

HON. MARILYN L. HUFF
UNITED STATES JUDGE